UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RALPH SPENCER,

        Plaintiff,

- against -

GLOBAL INNOVATIVE GROUP, LLC., *individually and d/b/a* GIGRETAIL, T-MOBILE USA, INC., AND AKMOL HUSSAIN, individually.

        Defendants.

**ORDER**

17 Civ. 7604 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Order of Reference to a Magistrate Judge at Dkt. No. 33, referring this case for General Pretrial, is hereby withdrawn.

Dated:  New York, New York
         November 3, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge