UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH SPENCER,<br><br>                Plaintiff,<br><br>       - against -<br><br>GLOBAL INNOVATIVE GROUP, LLC., individually and d/b/a GIGRETAIL, T-MOBILE USA, INC., AND AKMOL HUSSAIN, individually.<br><br>                Defendants. | **ORDER**<br><br>17 Civ. 7604 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        For the reasons stated in open court, Kenneth A. Novikoff's motion to withdraw as counsel for Defendant Akmol Hussain is granted.  Defendant Akmol Hussain shall proceed pro se from this point forward.

        The Court will conduct a status conference on **January 11, 2024**, at **11:15 a.m.**, in Courtroom 705, U.S. Courthouse, 40 Foley Square, New York, New York.

Dated:  December 14, 2023

                                                  SO ORDERED.

                                                  Paul G. Gardephe
                                                  United States District Judge