

WWW.RIVKINRADLER.COM

**926 RXR Plaza**
**Uniondale, NY 11556-0926**
**T** 516.357.3000 **F** 516.357.3333

**KENNETH A. NOVIKOFF**
PARTNER
(516) 357-3110
ken.novikoff@rivkin.com

January 9, 2024

**VIA ELECTRONIC MAIL**
Judge Paul G. Gardephe
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007

> Re:   *Spencer v. Global Innovative Group, et. al.*
>         Case No.: 17-cv-07604

Your Honor:

Plaintiff and Defendant Global Innovative Group LLC d/b/a Gig Retail, ("GIG"). have reached a resolution in principle that would dispense with any further litigation concerning Plaintiff's claims for relief against GIG.  Plaintiff and GIG ask the Court to adjourn the January 11, 2024 conference and provide these two parties twenty-one days to memorialize their agreement.

Respectfully submitted,

RIVKIN RADLER LLP

*Kenneth A. Novikoff*

Kenneth A. Novikoff

KAN/sme
4865-4271-9899, v. 1

**MEMO ENDORSED:**  The conference in this matter currently scheduled for January 11, 2024, is adjourned to **February 1, 2024, at 10:15 a.m.**

SO ORDERED.

*Paul G. Gardephe*
_____

Paul G. Gardephe
United States District Judge

Dated:  January 10, 2024

66 South Pearl Street
Albany, NY 12207-1533
T 518.462 3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

477 Ma
New Yo
T 212.4

4972166.v1